No. 14–0319/NA. U.S. v. Donald M. Johnson. CCA 201200379. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 30, 2014.

No. 14–0320/MC. U.S. v. Jimmy Galyon. CCA 201300163. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 30, 2014.

Tuesday, January 14, 2014

No. 14–0322/MC. U.S. v. Matthew A. Gilbreath. CCA 201200427. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 30, 2014.

No. 14–0323/AR. U.S. v. Carlos S. Caicedo. CCA 20110833. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 3, 2014.

No. 14–0327/AF. U.S. v. Zachary N. Capps. CCA 38160. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 3, 2014.

No. 14–6002/AF. U.S. v. Ronnie S. Mobley, Jr. CCA 2013–21. Appellant's motion to stay trial proceedings is denied.

Wednesday, January 15, 2014

